# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Strombom, Karen L. | District Court - Washington | 05/4/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse #3244
1717 Pacific Avenue
Tacoma, WA 98402-3243

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Member of the Board of Directors | Federal Magistrate Judges Association |
| 2. | Note: I became and Officer and Member of the Board in July 2010 | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | PERS II Retirement, State of Washington, pension at retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed building designer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | February 27 - March 2, 2011 | Washington D.C. | Board Meeting | Transportation, meals, hotel |
| 2. | Federal Magistrate Judges Association | September 13 - 16, 2011 | Washington D.C. | Officers Meeting | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Judicial Retirement Account | | None | L | T | | | | | |
| 2. -Fidelity Growth | | | | | Sold | 10/28/11 | K | | |
| 3. -Active U.S. Core Stock Fund | | | | | Sold | 10/28/11 | K | | |
| 4. -US Large Cap Equity Fund | | | | | Buy | 10/28/11 | K | | |
| 5. -US Small Cap Equity Index Fund | | | | | Buy | 10/28/11 | K | | |
| 6. Oppenheimer Equity Fund (TSA) | | None | K | T | | | | | |
| 7. Jackson Nt'l Life (IRA) | A | Interest | K | T | | | | | |
| 8. Jackson Nt'l Life (TSA) | A | Interest | K | T | | | | | |
| 9. Strategic Portfolio Service Adv.(IRA) | C | Int./Div. | M | T | | | | | |
| 10. -Ameriprise Insured Money Market | | | | | | | | | |
| 11. -Oppenheimer Global Opps-A,Oppenheimer Funds | | | | | | | | | |
| 12. -Col Acorn USA-A; Columbia Funds Group | | | | | | | | | |
| 13. -Franklin Mutual Discovery | | | | | | | | | |
| 14. -Opp Strategic Income | | | | | | | | | |
| 15. -J.HancockL/Cap Equity A | | | | | | | | | |
| 16. -VanEck GL.Hard Assets | | | | | | | | | |
| 17. -Eaton Low Duration-A Eaton Vance Group | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -MFS Bond-A MFS Family of Funds | | | | | Sold | 03/25/11 | J | | |
| 19. | -FT Cap Strength Port Ser 5 First Trust UIT Monthly Fee Acct | | | | | Redeemed | 10/18/11 | K | | |
| 20. | -MFS Intl. Value-A MFS Family of Funds | | | | | Buy | 03/25/11 | J | | |
| 21. | -Ft. Capitol Strength Port Ser First Trust UIT | | | | | Buy | 10/25/11 | K | | |
| 22. | Strategic Portfolio Service advantage, IRA | B | Int./Div. | L | T | | | | | |
| 23. | -Ameriprise Insured Money market | | | | | | | | | |
| 24. | -INV.UK Real Est. Secs.A fna Van Kampen Real Estate A | | | | | Sold | 05/24/11 | J | | |
| 25. | -Fid.Adv. High Income A | | | | | | | | | |
| 26. | -Fid.Adv. New Insights A | | | | | | | | | |
| 27. | -MFS Bond A MFS Family of Funds | | | | | | | | | |
| 28. | -Fid.Adv.Strat Income-A | | | | | | | | | |
| 29. | -Ft.Target Triad June 10 First Trust UIT | | | | | Redeemed | 09/06/11 | J | | |
| 30. | -Ft.Target Focus 4 June 10 First Trust UIT | | | | | Redeemed | 09/06/11 | J | | |
| 31. | -INV Real Estate -A Invesco Funds | | | | | Buy | 05/24/11 | J | | |
| 32. | -Ft. Target Focus 4 Oct. '11 First Trust UIT | | | | | Buy | 10/28/11 | J | | |
| 33. | -Ft. Target Triad Oct. '11 First Trust UIT | | | | | Buy | 10/28/11 | J | | |
| 34. | SPS Advantage with One Featurs | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ameriprise Insured Money Market | | | | | | | | | |
| 36. -Inv. Tax Free Interm A Invesco Funds | | | | | | | | | |
| 37. KeyBank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Strombom, Karen L. | 05/4/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS: I became an officer and member of the Board of Directors of the Federal Magistrate Judges Association (FMJA) at the annual meeting in July, 2010 and I failed to report that position on my 2010 Report.

III-B. Non-Investment Income. I did not realize that I needed to report the fact that my husband is self-employed as a building designer, which has been the case since prior to my becoming a magistrate judge.

IV. REIMBURSEMENTS: I failed to report on my 2010 Report the fact that I was reimbursed for my transportation, meals and hotel by the Federal Magistrate Judges Association for my attendance September 14 - 17, 2010 in Washington D.C. at the FMJA Officers Meeting.

VII. INVESTMENTS AND TRUSTS:

Lines 2 - 5: The funds from the sale of Line Items # 2 and #3 were used to purchase Line Items #4 and #5.

Line 20. Funds from the sale of Line Item #18 were used to purchase this fund.

Line 21. Funds from redemption of the fund on Line Item #19 were temporarily placed into the money market fund and then used to purchase this fund.

Line 31. Funds from the sale of Line Item #24 were used to purchase this Fund.

Lines 32 & 33: Funds from the sale of Line Items #29 and #30 were first placed in the money market fund and then used to purchase these two funds.

Line 36. This is the same fund as shown in my 2010 Report except now the correct name is shown. The fund is the same account as in 2010.

Line 37. I added the word "Accounts" pursuant to the instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Strombom, Karen L. | 05/4/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Strombom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544